UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KEITH PAUL BIRD, | Case No. 2:18-cv-02329-APG-CWH |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BRIAN E. WILLIAMS SR., *et al.*, | |
| Defendants. | |

## I. DISCUSSION

On December 12, 2018, the Court ordered Plaintiff to file a complete application to proceed in forma pauperis or pay the filing fee within 30 days. (ECF No. 4). On January 7, 2019, Plaintiff filed a motion for an extension of time so that he may obtain the necessary financial certificate and account statement and file a complete application to proceed *in forma pauperis*. (ECF No. 5). The Court now grants that motion.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 5) is granted.

IT IS FURTHER ORDERED that by February 11, 2019, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* on the correct form, with complete financial attachments, in compliance with 28 U.S.C. § 1915(a); or (2) pay the

full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that failure to comply with this order will result in a recommendation that the case be dismissed.

DATED: January 10, 2019

_____
UNITED STATES MAGISTRATE JUDGE