**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEITH PAUL BIRD,<br><br>　　　　　Plaintiff,<br>v.<br><br>BRIAN E. WILLIAMS, SR., *et al.*,<br><br>　　　　　Defendants. | Case No.  2:18-cv-02329-APG-DJA<br><br>**ORDER DENYING MOTION TO PROCEED**<br><br>[ECF No. 38] |

　　　Plaintiff Keith Bird's motion to proceed **(ECF No. 38) is denied as moot**. I have granted the defendants' motion to enforce the settlement (ECF No. 36), and judgment has been entered (ECF No. 37). Because Bird's claims have been dismissed, there is nothing to proceed upon. The motion is therefore moot. This case is closed.

　　　Dated: July 15, 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE